**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

CALVIN TAYBORN, III  PLAINTIFF
ADC #134047

V.  NO: 2:12CV00102 JLH/HDY

WENDY KELLY *et al.*  DEFENDANTS

## ORDER

Plaintiff Calvin Tayborn III, currently incarcerated at the North Central Unit of the Arkansas Department of Correction, filed a *pro se* complaint on May 31, 2012, naming as Defendants Wendy Kelly, Ball, Campbell, Strickland, and certain Does. Without names for the Does, the Court will be unable to attempt service. Accordingly, Plaintiff is directed to submit, no later than 30 days after the entry date of this order, the names of any Doe Defendants, along with a short statement of his claims against each. Plaintiff's failure to do so will result in the recommended dismissal of his claims against the Does.

IT IS SO ORDERED this ___4___ day of June, 2012.

_____
UNITED STATES MAGISTRATE JUDGE