**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

CALVIN TAYBORN, III                                                      PLAINTIFF

V.                         NO: 2:12CV00102 JLH/HDY

WENDY KELLY *et al.*                                                DEFENDANTS

**ORDER**

Plaintiff filed a complaint on May 31, 2012, and service was ordered. On June 28, 2012, the summons was returned unexecuted as to Defendant Don Ball (docket entry #13).[1] Service had been attempted in the care of counsel for the prison's medical contractor, but was returned because Ball is not currently employed by the contractor. However, Ball's last known address was provided and filed under seal. Accordingly, service for Ball will be attempted at the address provided.

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to change the style of the case to reflect the correct name of Defendant Don Ball.

2. Ball's last known address shall not be made part of any public record.

3. The Clerk of the Court shall prepare a summons for Ball, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (docket entry #2), and this order, on Ball, at the address provided under seal, without prepayment of fees and costs or security therefor.

4. Upon re-issuance of the summons and complaint, the United States Marshal is hereby directed to send Plaintiff's copy of process to the Clerk of the Court, who shall then remove the

---

[1] Ball's first name was also provided.

address prior to forwarding a copy to Plaintiff.

     DATED this __28__ day of June, 2012.

_____
UNITED STATES MAGISTRATE JUDGE
