# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

CALVIN TAYBORN, III                                                                                       PLAINTIFF

V.                                 NO: 2:12CV00102 JLH/HDY

WENDY KELLEY *et al.*                                                             DEFENDANTS

## ORDER

On July 9, 2012, Defendant Wendy Kelley filed a motion to dismiss, along with a brief in support (docket entries #18 & #19). Although more than 14 days have passed, Plaintiff has not responded. However, in light of Plaintiff's *pro se* status, he will be granted additional time to respond.

IT IS THEREFORE ORDERED THAT Plaintiff file his response to Kelley's motion to dismiss no later than 14 days after the entry date of this order.

DATED this __30__ day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE