# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

CALVIN TAYBORN, III                                                              PLAINTIFF

v.                      NO. 2:12CV00102 JLH/HDY

WENDY KELLEY, Medical Director,
Arkansas Department of Correction, et al.                              DEFENDANTS

## ORDER

On August 21, 2012, Magistrate Judge H. David Young submitted Proposed Findings and Partial Recommended Disposition in which he recommended that the motion to dismiss of Wendy Kelley be denied. No objections have been filed. The Proposed Findings and Partial Recommended Disposition is therefore approved and adopted in all respects. Wendy Kelley's motion to dismiss is DENIED. Document #18.

IT IS SO ORDERED this 21st day of September, 2012.

                                                                *J. Leon Holmes*
                                                      UNITED STATES DISTRICT JUDGE