# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

CALVIN TAYBORN, III                                                              PLAINTIFF

v.                      NO. 2:12CV00102 JLH/HDY

WENDY KELLY, *et al.*                                               DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's claims against defendants Don Ball, Geraldine Campbell, and Denise Strickland are DISMISSED WITHOUT PREJUDICE, and Ball, Campbell, and Strickland are removed as party defendants.

DATED this 23rd day of January, 2013.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE