# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

CALVIN TAYBORN, III                                                                                      PLAINTIFF

v.                                         NO. 2:12CV00102 JLH

WENDY KELLY, *et al.*                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendant Wendy Kelley's motion for sanctions is GRANTED to the extent that plaintiff's claims against her are DISMISSED WITHOUT PREJUDICE. Document #36.

2. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

3. The Court certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

DATED this 22nd day of April, 2013.

                                                    *J. Leon Holmes*
                                        UNITED STATES DISTRICT JUDGE